AO 104 (Rev. 11/13)  Tracking Warrant (Page 2)

Case No. 1:16-mj-198

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed: 5/27/2016 @ 1300HRS
2. Dates and times tracking device maintained: N/A
3. Date and time tracking device removed: 6/2/2016 @ 2305 HRS
4. The tracking device was used from (date and time): 5/27/2014 @ 1300 HRS
   to (date and time): 6/2/2016 @ 2305 HRS

### Return of Tracking Warrant Without Installation

1. Date warrant executed:
2. The tracking information was obtained from (date and time):
   to (date and time):

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 7/18/2016

Executing officer's signature

Derek Davis / Special Agent
Printed name and title