# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE TRACKING OF | ) | |
| A GRAY IN COLOR 2015 CHRYSLER 200, | ) | **ORDER** |
| MICHIGAN LICENSE PLATE (DKGK0690), | ) | |
| VEHICLE IDENTIFICATION NUMBER | ) | |
| 1C3CCCAB0FN502982 | ) | Case No. 1:16-mj-198 |

On motion of the Government and for the reasons stated in support of its motion, the court finds that, pursuant to 18 U.S.C. § 3103a(c), there continues to be good cause to believe that providing notification of the warrant at this time will seriously compromise an ongoing investigation. Accordingly, the time for period for delaying notice of execution of the tracking warrant shall be extended until October 23, 2016. Furthermore, the Tracking Warrant Application and Affidavit for Tracking Warrant, with attachments, including the Affidavit of HSI SA Derek Davis, and Tracking Warrant Return, the Government's Motion for Extension of Time, and any related Orders shall remain under seal until January 21, 2017.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court